## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRO MNATSAKANYAN, | Case No. 5:26-cv-00280-SB-SSC |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| FERETI SEMAIA et al., | |
| Defendants. | |

For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff Dro Mnatsakanyan's habeas petition is dismissed without prejudice as moot.

This is a final judgment.

Date: March 3, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge